**DISMISS IN PART AND DENY IN PART and Opinion Filed August 28, 2023**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00823-CV**

**IN RE DENISE WILSON AND PETER KURZ RESIDE TOGETHER AT 6012 ROSS AVENUE DALLAS COUNTY, TEXAS 75206, Relators**

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-02370-C**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Carlyle, and Garcia
Opinion by Justice Carlyle

Before the Court is relators' August 22, 2023 petition for writ of mandamus, which includes a request for emergency relief. The underlying proceeding is a forcible-entry-and-detainer suit. Relators pray "that the trial court be held to the laws and codes relating to its actions and that [supersedeas bond be] honored as in the [trial court's [o]riginal [judgment] and [n]unc [p]ro [t]unc [judgment] and that while [a supersedeas bond] is in place, all attempts by trial court to issue writs be suspended."

To the extent relators seek injunctive relief against the trial court, we dismiss relators' petition for want of jurisdiction. This Court has original jurisdiction to issue

a writ of injunction only as "necessary to enforce the jurisdiction of the court." TEX. GOV'T CODE § 22.221(a). Although there is a related appeal pending in this Court (No. 05-23-00776-CV), the requested injunctive relief is not necessary to enforce this Court's jurisdiction in that pending appeal.

To the extent relators seek mandamus relief against the trial court, entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relators bear the burden of providing the Court with a sufficient record to show they are entitled to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding); *see also* TEX. R. APP. P. 52.3(j), (k)(1)(A), 52.7(a).

After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief. Accordingly, we deny relators' petition. *See* TEX. R. APP. P. 52.8(a). To the extent relators request any other emergency relief, that request is denied.

/Cory L. Carlyle//
230823f.p05                CORY L. CARLYLE
                          JUSTICE